AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __CENTRAL DIST, SOUTH DIV__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV08-03574 DSF (CTx) | DATE FILED<br>5/30/2008 | U.S. DISTRICT COURT<br>CENTRAL DIST, SOUTH DIV |
|---|---|---|
| PLAINTIFF<br>UNILOC CORPORATION PTY LIMITED, an Australian Proprietary Limited Co., UNILOC USA, INC., A Rhode Island Corp; UNILOC (SINGAPORE) PRIVATE LIMITED, | | DEFENDANT<br>XTREAMLOK, PTY, an Australian Proprietary Limited Co.; and SYMANTEC CORPORATION, a Delaware Corporation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,490,216 | 2/6/1996 | UNILOC PRIVATE LIMITED, SINGAPORE |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED DOCUMENT |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>VERNA HOGAN | DATE<br>3/3/09 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy