| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Scott R. Milller (State Bar No. 112656)<br>smiller@cblh.com<br>Keith D. Fraser (State Bar No. 216279)<br>kfraser@cblh.com<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>333 South Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone: (213) 787-2500; Fax: (213) 687-0498 |

JS-6

Attorneys for Plaintiffs UNILOC CORPORATION PTY LIMITED, UNILOC USA, INC., and UNILOC (SINGAPORE) PRIVATE LIMITED.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNILOC CORPORATION PTY LIMITED, an Australian Proprietary Limited Company, UNILOC USA, INC., a Rhode Island Corporation, and UNILOC (SINGAPORE) PRIVATE LIMITED, a Singapore Corporation,<br><br>           Plaintiffs,<br><br>     vs.<br><br>XTREAMLOK, PTY, an Australian Proprietary Limited Company; and SYMANTEC CORPORATION, a Delaware Corporation, and DOES 1 through 10, Inclusive,<br><br>           Defendants. | Case No. **CV 08-03574 DOC (MLGx)**<br><br>ORDER STAYING CASE PENDING ARBITRATION<br><br>[Stipulation to Stay Case Pending Arbitration of Plaintiffs' Breach of Contract Cause of Action filed concurrently herewith]<br><br>Hearing Date: October 27, 2008<br>Time:         8:30 a.m.<br>Courtroom:    9D, Santa Ana<br>Judge:        Hon. David O. Carter |

ORDER STAYING CASE PENDING ARBITRATION
DE Proposed Order Re Stip to Stay Case Pending Arbitration.DOC 70243-0002

The Court, having considered Plaintiffs Uniloc Corporation Pty. Limited, Uniloc USA, Inc., and Uniloc (Singapore) Private Limited, and Defendants Xtreamlok, Pty. and Symantec Corporation's Stipulation to Stay the Case Pending Arbitration of Plaintiffs' Breach of Contract Cause of Action, as well as the papers on the issue previously submitted by the parties, and finding good cause,

IT IS ORDERED THAT:

(1) Uniloc's Claims against Defendants for Breach of Contract are subject to the arbitration clause of the License Agreement, and shall be submitted to arbitration in accordance with the Uniloc/XtreamLok License Agreement and applicable law;

(2) This action shall be stayed pending the arbitration of Uniloc's Breach of Contract claims against Defendants; and

(3) This Court shall retain jurisdiction over Uniloc's Patent Infringement and Unfair Competition Claims, and shall re-activate the matter upon application of the parties upon completion of the arbitration to allow the continuation of the action as to any claims and issues which either party may contend remain to be resolved in accordance with applicable law.

(4) The hearing currently set October 27, 2008 is now VACATED.

IT IS SO ORDERED.

Dated: October 22, 2008

*David O. Carter*
_____
Honorable David O. Carter
U.S. District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP

1
[PROPOSED] ORDER STAYING CASE PENDING ARBITRATION
DE Proposed Order Re Stip to Stay Case Pending Arbitration.DOC 70243-0002

1 | By: __/s/ Scott R. Miller_____
2 |       Scott R. Miller
      Attorneys for Plaintiffs
3 |       UNILOC CORPORATION PTY LIMITED,
      UNILOC USA, INC., and UNILOC (SINGAPORE)
4 |       PRIVATE LIMITED

[PROPOSED] ORDER STAYING CASE PENDING ARBITRATION
DE Proposed Order Re Stip to Stay Case Pending Arbitration.DOC  70243-0002