Scott R. Miller (SBN 112656), smiller@cblh.com
Keith D. Fraser (SBN 216279), kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500; Fax: (213) 687-0498
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC CORPORATION PTY LIMITED, et al.,<br><br>Plaintiff(s),<br>v.<br>XTREAMLOK, PTY, et al.,<br><br>Defendant(s). | CASE NUMBER<br>CV-08-03574 DOC (MLGx)<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: *(Check one)*

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.


| November 30, 2009 | s/ Scott R. Miller |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE:* *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*